UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Katrina Plourde</u>

        v.          Civil No. 10-cv-595-JD

<u>US Social Security Administration, Commissioner</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 22, 2011, no objection having been filed. The failure to file any objection to the Report and Recommendation precludes any appeal of this case to the First Circuit Court of Appeals. <u>See United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011) (citing <u>United States v. Lugo Guerrero</u>, 524 F.3d 5, 14 (1st Cir. 2008)); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

    SO ORDERED.

January 10, 2012                */s/ Joseph A. DiClerico, Jr.*
                                        Joseph A. DiClerico, Jr.
                                          United States District Judge

cc:    Paul Fitzgerald, Esq.
        Shawn Nichols, Esq.
        Robert Rabuck, Esq.